# ATTACHMENT 7
*SHAUN MICHAEL BOSSE V. MIKE CARPENTER*
NO. CIV-18-204-R

 ORIGINAL

This 19th day of September, 2012,
I, Shaun Bosse, do hereby acknowledge:

I have discussed possible trial strategies with my counsel, including, but not limited to:

1) Conceding guilt on the murders in the first stage, and presenting a voluntary intoxication defense. This strategy would include presenting Dr. Lipman as a 1st and 2nd stage witness;

2) Denying any guilt on first stage, and then presenting voluntary intoxication as a mitigating circumstance during second stage (with Lipman);

✓ 3) Denying guilt in the first stage, and arguing residual doubt in the second stage, without presenting evidence of voluntary intoxication.

After discussing all possible scenarios with my attorneys, and asking them any and all questions, I would like to pursue the following trial strategy:

*Shaun Bosse* (signature)
Shaun Bosse

GLH 0173

ATTACHMENT 7