# ATTACHMENT 15
*SHAUN MICHAEL BOSSE V. MIKE CARPENTER*
NO. CIV-18-204-R

## AFFIDAVIT OF SHAUN BOSSE

STATE OF OKLAHOMA        )
                         )  ss.
COUNTY OF PITTSBURGH     )

Before me, the undersigned Notary, on this 13th day of February, 2019, personally appeared Shaun Bosse, known to me of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Shaun Bosse. I am currently incarcerated at the Oklahoma State Penitentiary on SW H-Unit, a.k.a. death row. My Department of Corrections number is 667410.

2. My parents are Jack and Verna Bosse. I have one brother, Matthew "Matt" Bosse, who is 8 years older than me. Vernon and Ruby Darnell were my maternal grandparents.

3. Before trial, it was not unusual for 4 or 5 months to go by without seeing anyone from my legal team. There wasn't a lot of communication telling me what was going on. At first, I was told Dale was the investigator in charge of my case. Dale ended up leaving not too long before the trial started. Then I had an investigator named Chris. I think I may have had another one after him, too. As far as my attorneys, they did not get along with each other. There was a lot of tension between Gary Henry and Mary Bruehl. They would have disagreements about witnesses or how to do the trial right in front of me. With all of this going on, I did not trust my attorneys, but they were the only attorneys I had.

4. Gary Henry was in charge of things, and I just let Gary do what he wanted to do because he was the attorney. Gary was set on things being done his way. I just agreed with whatever he wanted to do so it wouldn't cause any problems. Right before trial was about to start, I remember a meeting with Gary. I can't remember who else from my team was there. But Gary gave me a form and told me I had to pick what trial strategy I wanted them to follow and sign it. I really did not understand what it all meant, and I wasn't sure why they were telling me to pick the trial strategy. They were the lawyers. I thought they should know what to do. Because Gary really did not explain any of it to me, I was not sure what each of the three options meant. I asked Gary what he thought the best option would be and he told me guilt/innocence. I put a check mark next to that one and signed it. I also remember at the end of the second stage of the trial, Gary asked me a bunch of questions in court about whether I thought they did everything I wanted them to do as my lawyers. I answered those questions the way I thought I was supposed to answer them, but I really had no idea all the things my lawyers did, or didn't do, so I really did not know if they did everything they could to represent me. Again, I thought it was weird that they were asking me about how my lawyers did since they were the lawyers and I had never been in that situation before. How was I supposed to know whether my lawyers did a good job or not?

Page 1 of 5

ATTACHMENT 15

5. After I was convicted and on death row, an attorney named Wyndi came to see me once about my post-conviction appeal. She told me she was working alongside my direct appeal lawyers. I did not see her again. I never spoke to her on the phone and I don't really know what she did on my case.

6. My brother, Matt, is 8 years older than me. He has always been mean to me, especially when no one else is around. My memories of him being mean to me start when I was about 5 years old. He used to tie my hands behind my back with a karate belt, tie my feet together and use me as his punching bag. He made it to where I couldn't defend myself or run away from him. He was a black belt in karate and would kick and punch me so hard that I would be sore and have bruises for days after. One time he kicked me so hard my grandparents and my mother thought he had broken my ribs. They must have decided my ribs weren't broken because they didn't take me to the doctor.

7. Matt would go off for any little thing. He would yell and curse at me as he lifted me up off the floor to within an inch from his face before dropping me or throwing me down. If I chewed my food too loud, or if the rocking chair I sat in squeaked, he would lose it and start cussing at me and throwing things at me. I remember him throwing a baseball cap at me so hard the bill cut my forehead open. I still have a scar from this. I never knew what would set Matt off. So, I learned early on it was best to be as quiet as possible around him.

8. By the time I was 4 or 5, I remember Matt always calling me names like dumb shit, asshole, and motherfucker.

9. Matt and I shared a room when we were kids. Matt had a 22 rifle that hung on the wall on a gun rack in our room. At night, Matt would get the gun and put it between our beds with the barrel facing towards me. He would tell me if I made any noise or got out of bed he would shoot me, kill me. I believed him. I didn't know for sure if the gun was loaded or not, but I thought it was and I knew it worked. I was so scared.

10. Matt would pull my pants down at the public pool in front of his friends. He wasn't doing it to be funny. He was doing it to humiliate me. He would wake me up in the middle of the night and pull my pants down too. He was always trying to whip me with his karate belt. Matt would do this even when his friends were staying the night. I would have to go to my mom's bedroom to get away from him.

11. I was pretty young when I started playing baseball. Matt would say he was taking me out to play catch; however, when we got outside, he would throw the baseballs at me as hard and fast as he could, trying to hit me. I would have bruises from the balls hitting me.

12. Everyone in our family was scared of Matt. He would throw things at our mom. He pushed our grandma Ruby down. We all thought it was best to stay out of his way.

13. Up until I went to high school, my mom's house was filthy. It smelled bad. There were maggots everywhere. It was embarrassing. I did not like to have friends come over because it was so nasty.

14. There were times my mom could not afford to buy food or clothes for us. Grandma Ruby always helped us out. We lived right behind her, so I knew I could always go to her house if I needed anything.

15. Looking back, I think my mom was depressed.

16. My mom and dad separated when I was just a few months old. After the separation and then divorce, Matt and I would go visit our dad. Matt did not like going and he eventually stopped. I think I was about 5 or 6 years old when I started having to go by myself.

17. My dad would set such high expectations like planning a trip to Disney World for months. My mom was even going to go with us. We were all excited and ready to go. Then the night before we were supposed to leave, he called and said we weren't going. I was devastated.

18. Matt told me our dad was gay when I was around 8 years old. I didn't really know what that meant at the time. All I knew was that my dad lived with a man named Danny, who sometimes went by Juan, and a lady named Margo, who sometimes went by Lynn or Bonnie who he eventually married. Even though he was married to Margo, all of my dad's things were in Danny's room.

19. When I would go see my dad, Danny was usually there, but Margo was not. If she was there, she would stay in her own room. I would either sleep on the couch or on the bed in Danny and dad's room.

20. I remember one time when I was about 5 or 6 I was staying at my dad's house and I woke up and my father's hands were underneath my pants rubbing my butt. I tried to pretend I was still asleep, but heard my dad say "Oh, I thought that was your back."

21. I don't feel like I had a parent. My dad wasn't around. My mom was always working and when she was home, she would sleep. I really didn't have a consistent parental figure. No one talked to me about life and growing up. No one taught me to do things, like shave. I learned how to do everything by watching TV and movies. I know my family loved me, but I didn't have anyone who cared enough to give me advice.

22. Grandma Ruby was more like my mom than my actual mom. She's the one who basically raised me. I thought of her house as my home.

23. There was always a lot of chaos and bickering in our family. My mom, aunt, and grandma would bicker. Matt loved chaos. Me playing baseball was the only thing that seemed to get

me out of the house. It helped get mom out of the house too. She always came to my games. My grandparents would come out to watch me play, too.

24. I remember hearing Matt call our grandpa, Vernon, a pervert and a child molester. Grandpa would get mad, but he never did anything about it. He would just walk out of the room or out of the house.

25. I was between 7 and 9 years old when Grandpa Vernon got in trouble because he touched a little girl. I didn't know specifically what happened, but I knew he had done something and had to move out of his house for a while. I saw him a few times after he moved out, but I would have to go to his apartment to see him because he was not supposed to be around kids.

26. Grandma Ruby shared with me that Grandpa Vernon had been caught dressing as a woman and that he had gotten into some trouble in Illinois for touching children. She said she told him she was moving back to Oklahoma and taking her kids with her. He followed her to Oklahoma.

27. I started drinking and using drugs because my friends did. If someone handed me a pill to take, I would just take it.

28. I started stealing from my family and my friends. I used what I stole to buy drugs or to help replace the money I spent on drugs that was supposed to be for my rent and bills. I'm sorry I did it and I always felt bad afterwards.

29. It was hard to know what was true or not around my family. I told my cousin once that my dad was gay and Grandma told me to never do that again and if anyone asks, lie. Everyone lied about Grandpa Vernon's sexual problems too. When my brother, Matt, went to prison, we were told to tell people he was just in California. As I grew older, I learned that to avoid getting in trouble, you avoided telling the truth.

30. I have genetically bad teeth. It runs on my mom's side of the family.

31. Matt was always mean to our animals. He would hit, kick, and throw our dogs. He would get "rid" of our dogs by taking them for a drive and not come back with them. We had a sweet husky named Rocky. Matt would hog tie Rocky and leave him lying there, unable to move, for hours at a time. One time when I tried to untie Rocky, Matt hog tied me just like he did the dog. He tied my hands together behind my back. My feet were bound together too. He connected my hands and feet together with a belt. Because I could not get out of it, I had to hop over to my grandma's house to have her help me. I think I was 5 or 6 years old when this happened. Another time my mom saw me tied up and when she could not get the knots undone, she told Matt to untie me. Although he untied me, he took his time getting around to doing it. I do not remember Matt getting into trouble for doing this to me.

ATTACHMENT 15

32. Matt killed my pet rabbit Bugs when I was 5 or 6 years old. Bugs had escaped from his cage, and I was running around trying to catch him. Matt caught him before I could. When he lifted Bugs up to show me he had caught him, Bugs was dead from Matt pinning him to the ground. I remember seeing Bugs hanging lifeless in the air and hearing Matt say with no surprise or emotion, "oh, I'm sorry."

33. I only remember meeting with Attorney Bobby Lewis a few times before we went to trial. It seemed like his role on the team was to be the middle man between attorneys Gary Henry and Mary Bruehl, who were always arguing.

34. I swear and affirm the foregoing statement is true and correct to the best of my ability and recollection. I would have been willing to testify to the same had I been asked.

FURTHER AFFIANT SAYETH NOT.

_____
Shaun Bosse

Subscribed and sworn to me this 13th day of February, 2019.

_____
NOTARY PUBLIC

My commission number is:
#17003348
My commission expires:
4/6/2021