# ATTACHMENT 23
*SHAUN MICHAEL BOSSE V. MIKE CARPENTER*
NO. CIV-18-204-R

## AFFIDAVIT OF JOEY DARNELL

**STATE OF OKLAHOMA**    )
                         )  ss.
**COUNTY OF MCCLAIN**    )

Before me, the undersigned Notary, on this 17th day of January, 2019, personally appeared Joey Darnell, known to me of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Joey Darnell. I am Shaun Bosse's maternal cousin. My father is Joe Darnell, one of Verna Bosse's younger brothers. Mr dad died in a car accident before I was born. I am about two months older than Shaun. We grew up together. In fact, I lived right across the street from him for years.

2. I have never seen Shaun be mean to anyone.

3. Shaun has always been more of a follower than a leader. He can be very susceptible.

4. When we were younger, Shaun had a bad bike wreck. He changed after that. All of the scars on Shaun's face are from that wreck. Shaun never acted normal again after it. It is hard to explain. Shaun began saying things that were off the wall or did not make sense.

5. He also got hurt playing football. I was there. He got a concussion out on the football field. He was knocked down and did not get up or move for awhile. I did not get to go up to see what happened because all of the coaches ran out there and surrounded him.

6. There was another time that I hit Shaun on the left side of his head with a baseball. It hit him so hard seams were imprinted on his head from where the ball made contact.

7. Shaun was a great athlete and he loved baseball.

8. Shaun's father Jack Bosse is a worthless piece of shit. Shaun did not like going over there. He never told me why. I felt Shaun either saw something he shouldn't have seen or something happened to him when he was there. Shaun always seemed to have something he wanted to say to me, but never did or he was too afraid to say it.

9. Verna's house was a pig sty. I would go over there, but not stay because it was so filthy. Dishes were piled up everywhere. It was nasty.

10. My grandmother, Ruby, left her house to Verna when she passed. I am worried Verna will destroy Ruby's house like she did her own house.

Page 1 of 3

ATTACHMENT 23

11. Shaun's older brother, Matthew "Matt" Bosse, was mean to Shaun when we were children. I remember Matt shooting Shaun with a BB gun. I did not see Matt torment Shaun physically, but I know it happened. Shaun is a pretty emotionless person, but he was so scared of Matt anytime he came around.

12. Matt never did anything to me. The reason he didn't was because I would fight back. Shaun would not fight back. He would run from him.

13. Matt would get this look in his eyes when he was mad at you. Everyone in our family is scared of Matt.

14. Matt did not attend our grandparents's funerals. I think he didn't come because no one likes him.

15. My grandfather was a very quiet man. He would just sit in his chair and smoke his cigars and drink his coffee. My grandmother Ruby was the one in charge around our family. Everyone listened to her.

16. Shaun and I lived together in the dorms our first semester of college. I think Shaun was using drugs by that point. One time Shaun drove back to Blanchard from school to get Chad Mitchell, who everyone knew was a troublemaker and using drugs. He brought Chad back to stay in our room that night.

17. Shortly before he was arrested, I saw Shaun at the Dibble Fireworks. The Fourth of July fireworks had been postponed because of rain. I made eye contact with Shaun and Shaun never said a word to me. That was not like Shaun. Shaun's eyes were black. I strongly believe he was on drugs when I saw him because he did not look normal to me.

18. I met with Shaun's defense team two times between the time he was arrested in July, 2010, until his trial in October, 2012. The second time was a phone call a couple of weeks before they wanted me to testify. I told them I was about to leave for vacation. No one had told me Shaun's trial was coming up or I would not have planned my vacation then. I was worried I would not be able to testify because I was going out of town.

19. I wish they would have communicated with me during that time. I do not recall having a substantive interview about what I should testify to before being put on the stand. When I took the witness stand, I had no idea what to expect or what questions they were going to ask me.

20. Since then, no one from Shaun's appeals teams has ever contacted me until the Federal Public Defender's Office.

21. I swear and affirm that the foregoing statement is true and correct to the best of my ability


ATTACHMENT 23

and recollection.

FURTHER AFFIANT SAYETH NOT.

_____
Joey Darnell

Subscribed and sworn to me this 17th day of January, 2019.

_____
NOTARY PUBLIC

My commission number is:
#17003348
My commission expires:
4/6/21

Page 3 of 3

ATTACHMENT 23