# ATTACHMENT 24

*SHAUN MICHAEL BOSSE V. MIKE CARPENTER*

NO. CIV-18-204-R

## AFFIDAVIT OF CHAD MITCHELL

STATE OF OKLAHOMA      )
                       )  ss.
COUNTY OF OKLAHOMA     )

Before me, the undersigned Notary, on this 4TH day of February, 2019, personally appeared, known to me of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Chad Mitchell. Shaun Bosse has been my best friend since we started grade school. We did everything together. We played sports together. We both went to Blanchard schools, and we both graduated from Blanchard High School.

2. What Shaun has been convicted of is not like him at all. This is not the Shaun I knew growing up.

3. Shaun was not happy with me when I first started using meth the summer after I graduated high school. Eventually, Shaun started to use it with me. I cannot say how often Shaun used meth, but when he was with me, we used a lot together. I feel very responsible for introducing Shaun to meth.

4. I got my meth from my cousin. When I eventually went to rehab, I remember talking to Shaun on the phone and my cousin was with him. The only reason he would have been with Shaun was to sell him meth.

5. In high school, Shaun drank alcohol, smoked marijuana, and took prescription pain medication. All the friends I hung out with drank and used drugs together, and Shaun was one of those friends.

6. Shaun does not show emotion. I have never seen Shaun cry. Shaun is very closed off. He is not an open book. Shaun has always been more of a follower than a leader.

7. Shaun's mother Verna Bosse had a hard time raising Shaun and his older brother, Matthew "Matt" Bosse. Verna struggled as a single parent. No matter where they lived, their house was always rundown and dirty and had roaches. The only exception was when they would live with Shaun's grandmother, Ruby Darnell. Ruby always kept her house clean.

8. I never saw Matt be mean to Shaun, but I heard rumors all my life about Matt being abusive to Shaun. I had also heard Matt was on steroids when he was in high school and that made him meaner. Matt was a lot older than Shaun. Matt joined the Marines after highschool.

9. Shaun and I rode bicycles together all the time. I was not there when he had his bike wreck,

but I find it hard to believe he had one. The only injury I saw on Shaun was to the side of his face. I always thought the bike wreck story had been made up to cover Matt beating him up.

10. The first time I met with defense counsel to discuss my testimony was right before I took the witness stand. They made me think I was their star witness. I had no idea what they were going to ask me.

11. During my testimony I looked over at Shaun. He did not look like himself. I was worried about him.

12. I remember the victims's family asking the jury to sentence Shaun to death. I did not think that was right.

13. I do not believe anyone from Shaun's appeals teams ever contacted me until the Federal Public Defender's Office.

14. I swear and affirm that the foregoing statement is true and correct to the best of my ability and recollection. I would have been willing to testify to these facts if asked.

FURTHER AFFIANT SAYETH NOT.

_____
Chad Mitchell

Subscribed and sworn to me this 4th day of February, 2019.

_____
NOTARY PUBLIC

My commission number is:
05008474

My commission expires:
9/12/21