Case 5:18-cv-00204-JD    Document 58-1    Filed 12/27/22    Page 1 of 2

# ATTACHMENT 1

December 5, 2022 Letter from O.I.D.S. Executive Director Tim Laughlin

**Attachment 1**



CHARLES "TIM" LAUGHLIN
EXECUTIVE DIRECTOR

J. KEVIN STITT
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA INDIGENT DEFENSE SYSTEM**

December 5, 2022

Katrina Conrad-Legler
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK  73102

Re:     Oklahoma Indigent Defense System Office Locations in 2012

Dear Ms. Conrad-Legler:

In February of 2012, the Oklahoma Indigent Defense System relocated several agency divisions to offices in the "Financial Building" located at 111 North Peters Avenue, Norman Oklahoma. These divisions were, and continue to be, located on the second, third, and fifth floors of the "Financial Building."

The Oklahoma Indigent Defense System's Homicide Direct Appeals Division has been located on the third floor of this building since the February of 2012 office move.  The Capital Trial Norman Division has been located on the second floor of this building since that time.

Hope this is helpful.

*Charles J. Laughlin*

Tim Laughlin
Executive Director

EXECUTIVE DIVISION • P. O. BOX 926 • NORMAN, OK 73070 • (405) 801-2601 • FAX (405) 801-2649

**Attachment 1**