IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAUN MICHAEL BOSSE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHRISTE QUICK, Acting Warden, )<br>Oklahoma State Penitentiary,[1] )<br>)<br>Respondent. ) | Case No. CIV-18-00204-JD |

### ORDER

On August 4, 2022, Respondent caused the state court records to be filed with the Court.  *See* [Doc. Nos. 11, 47].  The Court has realized, however, that State's Exhibit 50 is missing.  Respondent is directed to provide the Court with a copy of State's Exhibit 50 within 14 days of the date of this Order.

IT IS SO ORDERED this 17th day of May 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Christe Quick is substituted as the proper party respondent.