IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAUN MICHAEL BOSSE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-18-00204-JD ) |
| CHRISTE QUICK, Warden, Oklahoma State Penitentiary, | ) ) ) ) |
| Respondent. | ) ) |

## CERTIFICATION OF CONSTITUTIONAL QUESTION TO THE UNITED STATES ATTORNEY GENERAL

Upon review of Petitioner's Notice of Constitutional Question [Doc. No. 71], and under Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(a), the Court certifies to the United States Attorney General that the constitutionality of 28 U.S.C. § 2254(d) has been questioned in this action by Petitioner. Under Federal Rule of Civil Procedure 5.1(c), the Attorney General may intervene within 60 days after the filing of Petitioner's Notice, which was filed May 7, 2025.

The Clerk of Court shall send a copy of this Certification and [Doc. Nos. 70 and 71] to the Attorney General of the United States either by certified or registered mail or by transmission to an electronic address designated by the United States Attorney General for this purpose.

Dated this 8th day of May 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE