## Regan Popp

| | |
|---|---|
| **From:** | Regan Popp |
| **Sent:** | Friday, May 9, 2025 10:35 AM |
| **To:** | Scott.Maule@usdoj.gov |
| **Subject:** | FW: 5:18-cv-00204-JD  Bosse v. Farris |
| **Attachments:** | 18-cv-00204-JD Document 72.pdf; 18-cv-00204-JD Document 70.pdf; 18-cv-00204-JD Document 71.pdf |

Dear US Attorney General:

Pursuant to the Certification filed today (May 8th, 2025) [Doc No. 72] in the above referenced case within the Western District of Oklahoma, I am transmitting herewith a certified copy of the certification.

Please respond by return e-mail to confirm your receipt of this document.

Thanks,

**Regan Popp**
Case Administrator for U.S. District Judge Jones, U.S. District Judge Heaton, and U.S. District Judge Dishman
United States District Court, Western District of Oklahoma
200 NW 4th Street, Rm 1210, Oklahoma City, OK 73102
(405) 609-5095 | Regan_Popp@okwd.uscourts.gov